Coös,
June, 1895.

### JORDAN *v.* ATHERTON & *Tr.*

FOREIGN ATTACHMENT. The question reserved was "how much the trustee should be charged." The amount was adjudged to be $400.

CLARK, J., did not sit: the others concurred.

*Thomas F. Johnson* and *Drew, Jordan & Buckley*, for the plaintiff.

*Jason H. Dudley* and *George H. Bingham*, for the defendant.